The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE NERI LUNA-LUNA,<br><br>Defendant. | No.  CR26-111-KKE<br><br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss, without prejudice, all pending charges in this matter as to FELIPE NERI LUNA-LUNA, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this 2nd day of July, 2026.

Kymberly K. Evanson
United States District Judge

Order of Dismissal - 1
*United States v. Luna-Luna*, CR26-111-KKE
USAO # 2026R00450